```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF OHIO
                       EASTERN DIVISION
```

Sears Logistics Services, Inc.,

    Plaintiff,

    vs.                              Case No. 2:14-cv-0999
                                       Judge Michael H. Watson
                                       Magistrate Judge Kemp

Phoenix Warehouse,

    Defendants.

**<u>NOTIFICATION OF POTENTIAL FOR VIDEO RECORDING</u>**

The parties are advised that courtroom proceedings in this case are eligible for video recording under the Judicial Conference Committee on Court Administration and Case Management Pilot Project on Cameras.  Upon the scheduling of a courtroom proceeding, the parties will be required to complete the *Party Response to Request for Video Recording* and the *Request to Exempt Witness from Video Recording*.  The forms are available at http://www.ohsd.uscourts.gov/cameras.html

                                       <u>/s/ Terence P. Kemp</u>
                                       United States Magistrate Judge