```
                IN THE UNITED STATES DISTRICT COURT
                 FOR THE SOUTHERN DISTRICT OF OHIO
                         EASTERN DIVISION
```

Sears Logistics Services, Inc.,

       Plaintiff,        :        Case No. 2:14-cv-0999

  v.                              :

                                    JUDGE Watson
                              :        Magistrate Judge Kemp

Phoenix Warehouse,

       Defendant.        :

<u>NOTICE</u>

**PLEASE NOTE** the Settlement Week mediation conference in the above entitled action is hereby **<u>VACATED</u>**.

Date: March 3, 2015

                          **TERRANCE P. KEMP**
                          **UNITED STATES MAGISTRATE JUDGE**

                          <u>/s/ Spencer D. Harris</u>
                          (BY)Spencer D. Harris, Deputy Clerk
                          614-719-3027
                           [spencer_harris@ohsd.uscourts.gov](mailto:spencer_harris@ohsd.uscourts.gov)

<u>PREVIOUSLY SCHEDULED DATE</u>: March 12, 2015 at 9:00 AM

TO: Terri B. Gregori, 1598 Blackstone Dr., Cols., OH 43235