IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **Sears Logistics Services, Inc.,** | : | |
| Plaintiff | : | **Civil Action 2:14-cv-999** |
| vs | : | |
| **Phoenix Warehouse,** | : | **Magistrate Judge Kemp** |
| Defendant | | |

NOTICE OF SETTLEMENT CONFERENCE

**This case is hereby noticed for a Settlement Conference with Magistrate Judge Norah McCann King on**

**APRIL 14, 2013   at   10:00 a.m.**

**At Room 235,** 85 Marconi Boulevard, Columbus, Ohio.

It is ordered that:

1. **Each party** and **trial attorney must attend.**

2. No later than **10 days prior to the conference**, plaintiff **must serve a fully documented written** settlement demand **on counsel for all other parties.**

3. No later than **5 days prior to the conference**, defendant **must make a reasoned written response** served on all counsel.

4. All settlement discussions shall be subject to Federal Evidence Rule 408.

**Norah M<sup>c</sup>Cann King
United States Magistrate Judge**

Date: March 10, 2015        /s/ Jessica Rector
                            (By) Jessica Rector/Courtroom Deputy
                            (614) 719-3026

Notice mailed to counsel listed on the electronic docket.  Please call Jessica Rector (614) 719-3026 if any counsel or parties have been omitted.