# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**Sears Logistics Services, Inc.,**       :

         Plaintiff       :

                                 **Civil Action 2:14-cv-999**
   vs                              **Judge Watson**
        :                               **Magistrate Judge Kemp**

**Phoenix Warehouse,**       :

        Defendant

## ORDER

The undersigned conducted a settlement conference in this case on April 14, 2015.

At this stage, the parties' discussions have reached impasse.

The undersigned will schedule another settlement conference upon the request of any party.


April 14, 2015                                         *s/  Norah McCann King*
                                                                         Norah McCann King
                                                                         United States Magistrate Judge