```
                    UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF OHIO
                           EASTERN DIVISION
```

Sears Logistics Services, Inc.,

    vs.                                              **NOTICE**

Phoenix Warehouse,                               CASE NUMBER: 2-14-cv-0999
                                                                                               JUDGE Watson
                                                                                                Magistrate Judge Kemp


[ x ]  **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

Place:       United States District Court   **ROOM NUMBER 172**
               85 Marconi Boulevard
               Columbus Oh  43215            **May 28, 2015 at 10:30 AM**


Type of Proceeding:    **DISCOVERY CONFERENCE**


**PLEASE NOTE**: The discovery conference may be conducted by telephone if any party elects to initiate the conference call.  All parties must consent to the telephone conference, and all must <u>participate by telephone</u>.  Personal attendance of any counsel at a telephone discovery conference is strongly discouraged.  The Deputy Clerk must be informed prior to the scheduled date and time if the conference will be by telephone.



                                                          TERENCE P. KEMP
                                                          UNITED STATES MAGISTRATE JUDGE

Date:      May 22, 2015       <u>*/s/ Spencer Harris*</u>
                                           (BY)Spencer Harris, Deputy Clerk
                                           614 719-3027
                                         <u>spencer_harris@ohsd.uscourts.gov</u>