IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Sears Logistics Services, Inc.,    :

    Plaintiff,    :    Case No. 2:14-cv-999

  v.    :
                                                 JUDGE MICHAEL H. WATSON
Phoenix Warehouse,    :    Magistrate Judge Kemp

    Defendant.    :

## ORDER

The parties have filed a joint motion to extend discovery and dispositive motion deadlines. (Doc. 22). The motion sets forth good cause and, therefore, is granted. The deadlines are hereby amended as follows: the discovery deadline is extended through August 28, 2015 and the dispositive motion deadline is extended through September 25, 2015.

                                      /s/ Terence P. Kemp
                                      United States Magistrate Judge