UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Sears Logistics Services, Inc., | |
|     Plaintiff, | Case No. 2:14-cv-999 |
| v. | Judge Watson |
| Phoenix Warehouse, | Magistrate Judge Kemp |
|     Defendant. | |

## MOTION TO SUBSTITUTE PLAINTIFF

Plaintiff Sears Logistics Services, Inc. moves that Innovel Solutions, Inc. be substituted as the proper plaintiff in this case due to a corporate name change. Sears Logistics Services, Inc. was renamed Innovel Solutions, Inc. for all purposes. Innovel Solutions, Inc. is the same entity as the originally-named plaintiff, simply with a new name. Accordingly, Innovel Solutions, Inc. is the current name of the real party in interest and should be substituted in place of Sears Logistics Services, Inc. as the proper plaintiff in this case.

    Respectfully submitted,

    *s/ Gregory P. Mathews*
    Charles E. Ticknor, III (0042559)
    Gregory P. Mathews (0078276)
    DINSMORE & SHOHL, LLP
    191 W. Nationwide Boulevard, Suite 300
    Columbus, Ohio 43215
    Phone: (614) 628-6880
    Fax:   (614) 628-6890
    charles.ticknor@dinsmore.com
    gregory.mathews@dinsmore.com
    *Attorneys for Plaintiff*

## Certificate of Service

I certify that on September 2, 2015, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to:

Edward G. Hubbard
Lane, Alton & Horst LLC
ehubbard@lanealton.com
*Attorney for Defendant Phoenix Warehouse*

<u>*s/ Gregory P. Mathews*</u>
An Attorney for Plaintiff
