IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Sears Logistics Services, Inc., :

       Plaintiff,    :   Case No. 2:14-cv-999

  v.    :

                                 JUDGE MICHAEL H. WATSON

Phoenix Warehouse,    :   Magistrate Judge Kemp

       Defendant.    :

<u>ORDER</u>

The motion to substitute party (Doc. 27) was filed without evidence of compliance with Local Civil Rule 7.3 and is therefore denied without prejudice.

                                     <u>/s/ Terence P. Kemp</u>
                                     United States Magistrate Judge