# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| Sears Logistics Services, Inc., | |
| Plaintiff, | Case No. 2:14-cv-999 |
| v. | Judge Watson |
| Phoenix Warehouse, | Magistrate Judge Kemp |
| Defendant. | |

## RENEWED MOTION TO SUBSTITUTE PLAINTIFF

Plaintiff Sears Logistics Services, Inc. moves that Innovel Solutions, Inc. be substituted as the proper plaintiff in this case due to a corporate name change. Sears Logistics Services, Inc. was renamed Innovel Solutions, Inc. for all purposes. Innovel Solutions, Inc. is the same entity as the originally-named plaintiff, simply with a new name. Accordingly, Innovel Solutions, Inc. is the current name of the real party in interest and should be substituted in place of Sears Logistics Services, Inc. as the proper plaintiff in this case.

Plaintiff has complied with Local Civil Rule 7.3. Undersigned counsel contacted Defendant's counsel regarding this motion on August 12, 2015, to see whether Defendant would oppose this motion. Undersigned counsel again inquired about Defendant's opposition to this motion on August 31, 2015. On September 2, 2015, Defendant's counsel instructed undersigned counsel to file the Motion to Substitute Plaintiff without any indication as to Defendant's stance because Defendant's counsel was unsure whether Defendant would oppose the motion.

Respectfully submitted,

*s/ Gregory P. Mathews*
Charles E. Ticknor, III (0042559)
Gregory P. Mathews (0078276)
DINSMORE & SHOHL, LLP
191 W. Nationwide Boulevard, Suite 300
Columbus, Ohio 43215
Phone: (614) 628-6880
Fax:    (614) 628-6890
charles.ticknor@dinsmore.com
gregory.mathews@dinsmore.com
*Attorneys for Plaintiff*

**Certificate of Service**

I certify that on September 4, 2015, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to:

Edward G. Hubbard
Lane, Alton & Horst LLC
ehubbard@lanealton.com
*Attorney for Defendant Phoenix Warehouse*

*s/ Gregory P. Mathews*
An Attorney for Plaintiff