UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Innovel Solutions, Inc., | |
|     Plaintiff, | Case No. 2:14-cv-999 |
| v. | Judge Watson |
| Phoenix Warehouse, | Magistrate Judge Kemp |
|     Defendant. | |

## **NOTICE OF WITHDRAWAL OF COUNSEL OF GREGORY P. MATHEWS**

Pursuant to Local Rule 83.4(d), attorney Gregory P. Mathews, of the law firm Dinsmore & Shohl LLP, who appears as co-counsel for Plaintiff Innovel Solutions, Inc., gives notice that he is withdrawing as counsel for Plaintiff. Mr. Mathews advises the Court that he has accepted an offer of employment and will no longer be affiliated with Dinsmore & Shohl LLP as of December 12, 2015. Charles E. Ticknor, III will remain as the trial attorney for Plaintiff.

    Respectfully submitted,

    */s/ Gregory P. Mathews*
    */s/ Charles E. Ticknor, III*
    Charles E. Ticknor, III (0042559)
    Gregory P. Mathews (0078276)
    DINSMORE & SHOHL, LLP
    191 W. Nationwide Boulevard, Suite 300
    Columbus, Ohio 43215
    Phone: (614) 628-6880
    Fax:   (614) 628-6890
    charles.ticknor@dinsmore.com
    gregory.mathews@dinsmore.com
    *Attorneys for Plaintiff*

**Certificate of Service**

  I certify that on December 11, 2015, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to:

  Edward G. Hubbard
  Lane, Alton & Horst LLC
  ehubbard@lanealton.com
  *Attorney for Defendant Phoenix Warehouse*

            *s/ Gregory P. Mathews*
            An Attorney for Plaintiff