UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**Innovel Solutions, Inc.,**

    **Plaintiff,**　　　　　　　　　　Case No. 2:14-cv-999

    v.　　　　　　　　　　　　　　Judge Michael H. Watson
　　　　　　　　　　　　　　　　　　Magistrate Judge Kemp
**Phoenix Warehouse,**

    **Defendant.**

## ORDER

The Court conducted a status conference by telephone on August 24, 2016. Counsel for all parties appeared and participated in the conference.

During that conference, the parties expressed an interest in participating in mediation conducted by Bob Kaiser, a mediator with the United States Court of Appeals for the Sixth Circuit.

The parties are **ADVISED** that Mr. Kaiser is available for mediation in late October or November 2016. Mr. Kaiser's assistant, Connie Weiskittel, will contact counsel to arrange a date for the mediation.

**IT IS SO ORDERED.**

_/s/ Michael H. Watson_
**MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT**