UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**Innovel Solutions, Inc.,**

    **Plaintiff,**

    v.

**Phoenix Warehouse,**

    **Defendant.**

Case No. 2:14-cv-999

Judge Michael H. Watson
Magistrate Judge Kemp

## ORDER

Bob Kaiser, a mediator with the United States Court of Appeals for the Sixth Circuit, will conduct a **SETTLEMENT CONFERENCE** on November 4, 2016, beginning at 10:00 a.m. The parties are **DIRECTED** to report to the chambers of the Undersigned for room assignments.

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT